ETHELINE DALTON, Appellant, v RICHARD DALTON, Respondent. [614 NYS2d 964] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Rigler, J. (Appeal from Order of Supreme Court, Kings County, Rigler, J.—Equitable Distribution.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.